

# IN THE
# TENTH COURT OF APPEALS

### No. 10-24-00118-CV

## IN RE SHAYLA CRAIG

### Original Proceeding

### From the 220th District Court
### Hamilton County, Texas
### Trial Court No. FM07022

## MEMORANDUM OPINION

Relator's Petition for Writ of Mandamus, filed on April 29, 2024, is denied.

Relator's Motion for Emergency Stay, also filed on April 29, 2024, is dismissed as moot.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Petition denied
Motion dismissed as moot
Opinion delivered and filed April 30, 2024
[CV06]

